# Exhibit A

EEOC RECEIVED: 4-15-2024.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): **440-2024-06894**

| | |
|---|---|
| State or local Agency, if any | **Illinois Department of Human Rights** and EEOC |

**Name (indicate Mr., Ms., Mrs., Mx.):** Ms. Savannah Stevens
**Home Phone (Incl. Area Code):** [redacted]
**Date of Birth:** [redacted]

**Street Address:** [redacted]
**City, State and ZIP Code:** [redacted]
**Email Address:** [redacted]

**Street Address:** c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (employment@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** Follett Higher Education Group, LLC
**No. Employees, Members:** 15+
**Phone No.:** 618-201-0738
**Street Address:** 3 WESTBROOK CORPORATE CTR STE 200
**City, State and ZIP Code:** WESTCHESTER, IL, 60154-5728
**Email Address:** dpollock@follett.com

**DISCRIMINATION BASED ON (Check appropriate box(es)):**
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 4/1/2024
Latest: 4/5/2024
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Savannah Stevens (disabled) was employed by Follett Higher Education Group, LLC as a Campus Store Manager (and then Campus Store Leader) from on or around May 1, 2023 until I was unlawfully terminated on or around April 5, 2024, on the basis of my disability. I have a physical/mental impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, disability harassment, and retaliation I was subjected to:

I suffer from mental health issues, including anxiety, depression, PTSD, and ADHD. I have grappled with these issues for many years. Regardless, I was qualified to perform my job.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

04 / 15 / 2024
Date

Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: 85c01259637ababbf15bd5bab24e8cce163510aa

EEOC RECEIVED: 4-15-2024.

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2024-06894 |

Illinois Department of Human Rights             and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

When I began work, I was a Campus Store Manager at a high school bookstore. When that school terminated their contract with my employer, I was demoted to a Campus Store Leader and relocated to a bookstore at the University of Illinois Chicago (UIC). Working at this location made me feel overwhelmed and uncomfortable and triggered my anxiety for a number of reasons, including the length and high-traffic conditions of the commute, as well as the parking location at a juvenile detention center.

On or around April 1 or 2, 2024, I emailed my Regional Manager, Derek Pollock, stating that I felt uncomfortable at the new location and did not believe it was a good fit for me. We spoke on the phone and I explained that my discomfort did not relate to the staff at that location, but that it was other aspects of that specific placement that made me feel extremely anxious, overwhelmed, and concerned for my mental health. I expressed my desire to stay with the company and requested a transfer to a different location.

In fact, the stress I felt as a result of working at that location was causing me to have a mental health breakdown. I began to shut down mentally, become numb to emotions, and fall into depression. At times, I was unable to get out of my bed due to these symptoms.

On or around April 4, 2024, I had an internal interview with a Market Leader/Store Lead for a different position with my employer in Wheaton, IL, during which I explained the various aspects of the UIC location that were triggering my anxiety.

Later that same day, I again reported to Derek that I was struggling. Specifically, I texted him stating, "I'm struggling with my mental health and I think I had a breakdown. I'm sorry."

On or around April 5, 2024, I again texted Derek. I stated, "I have been struggling with my mental health, but I am eager to return to work as soon as possible." I also stated that I really enjoyed the Wheaton location at which I had interviewed and stated "it had a pleasant atmosphere, easy commute, and it felt like a good place for me."

Later that day, when I logged in to my work application, it stated that my employment had been terminated.

My employer effectively denied my request for a reasonable accommodation, failed to engage with me in an interactive process to determine the appropriate accommodation as required by the ADA, and ultimately terminated my employment due to my disability.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

04 / 15 / 2024
Date | Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 85c01259637ababbf15bd5bab24e8cce163510aa